

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION DEPARTMENT

P# 8744792

**TO:** Criminal Case Operations

**FROM:** Lisa Faro
Supervisory U.S. Probation Officer

Re: Ali Tunkara
Dkt No.: 0207 23CR00066(FB)

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor. **This matter is confidential and should be sealed and not docketed.** Also, please forward a copy of your response to our office at 500 Pearl Street, 6th Floor, so that we may take appropriate action.

Respectfully submitted,

Joshua Sparks
Chief U.S. Probation Officer

By: *Lisa M Faro*
Lisa Faro
Supervisory U.S. Probation Officer
212-805-5170